15 HOFFMAN vs. CIRCUIT JUDGE (Bay), No. 16283, 4 D. L. N., 165; 71 N. W., 480.

To compel respondent to dismiss proceedings commenced in Bay County against relator, an attorney at law, while on his return to his home in St. Ignace, from attendance at the Supreme Court in the argument of a case.

Granted May 25, 1897, with costs against plaintiff.

Held, that Sec. 7253 of How. Stat. exempts from service of process an attorney at law while attending upon the court, and while going to and returning from the court to the county of his residence.

16 TORRENT ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 12300.

To compel respondent to grant a motion to quash service.

Denied October 29, 1891, with costs.

Trover was commenced against relators and one Hancock. Hancock was sheriff and Collins was a deputy sheriff under him. Before service plaintiff · discontinued as to Hancock, and one Nelson, a deputy under Hancock, served process upon relators. Relators contended that the discontinuance followed the service upon them; that the sheriff was at that time a party to the suit, and that Act No. 30, Laws of 1887, does not apply, where the sheriff is a party to the suit.